### STEINBERGER v CROW'S HYBRID CORN CO.

Ohio Appeals, 2nd Dist, Champaign Co.

No. 103.   Decided Nov. 10, 1939.

Lowell C. Bodey, Urbana, attorney for appellee and for the motion.

No counsel for appellant contra the motion.

### OPINION

BY THE COURT:

Submitted on motion of appellee to dismiss the appeal for the reason that the "appellant has failed to file with the Clerk of this Court assignments of error and briefs within 50 days after filing notice of the intention to appeal, such filing being required by Rule VII of the Rules and Practice of the Courts of Appeals of Ohio."

Motion sustained. **Doe v Roe, 54 Oh**

HORNBECK, PJ., GEIGER & BARNES, JJ., concur.